No. 97–8139. KARRIEM v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–8157. REGANS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8159. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8164. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8167. BARR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8168. WOOTEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–8170. NATTIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8171. CONNOR v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 97–8175. CARDENAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8179. SIMMONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8190. TRUJILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8197. BEARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8200. ALLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8204. JOHNSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97–8205. RIVERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.